No. 98–902. PLAZA v. GENERAL ASSURANCE CO., AKA GENERAL ACCIDENT INSURANCE CO. App. Div., Sup. Ct. N. Y., 1st

1123

Jud. Dept. Certiorari denied. 